**2/4/2015**                                                      **COA No. 02-12-00637-CR**
**MEZA, ISRAEL**          **Tr. Ct. No. 1259657D**          **PD-1612-14**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

2ND COURT OF APPEALS CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *

**2/4/2015**                                                                    **COA No. 02-12-00637-CR**
**MEZA, ISRAEL**              **Tr. Ct. No. 1259657D**                          **PD-1612-14**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

ABE FACTOR
5719 AIRPORT FREEWAY
FORT WORTH, TX 76117
* DELIVERED VIA E-MAIL *

**2/4/2015**                                                                          **COA No. 02-12-00637-CR**
**MEZA, ISRAEL**                   **Tr. Ct. No. 1259657D**                          **PD-1612-14**
On this day, the Appellant's petition for discretionary review has been refused.

Abel Acosta, Clerk

DISTRICT ATTORNEY TARRANT COUNTY
SHAREN WILSON
401 WEST BELKNAP
FORT WORTH, TX 76196
* DELIVERED VIA E-MAIL *